RECEIVED
IN LAKE CHARLES, LA

FEB 24 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JOANELL NESTOR** | : | **DOCKET NO. 2:09-cv-1049** |
| **VS.** | : | **JUDGE MINALDI** |
| **ERIC H. HOLDER, JR.** | : | **MAGISTRATE JUDGE KAY** |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the motion to Dismiss be GRANTED.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus be DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _24_ day of _February_, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE